UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LASZLO PFEIFER,<br>Plaintiff,<br>v.<br>RON MACHADO, et al.,<br>Defendants. | No. 2:26-cv-2880 DJC AC (PS)<br><br><u>ORDER</u> |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 28, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 4. Plaintiff has filed objections to the findings and recommendations. ECF No. 5.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 28, 2026, are adopted in full;

2. The Complaint, ECF No. 1, is dismissed pursuant to 28 U.S.C. § 1915(e)(2), without leave to amend; and

3. This case is CLOSED.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE